IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CATHERINE WHITE,<br><br>              Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY SI,<br><br>              Defendant. | **8:21CV166**<br><br>**RECUSAL ORDER** |

      This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

      SO ORDERED.

Dated this 8th day of November, 2021.

                                                                           BY THE COURT:

                                                                          s/ Joseph F. Bataillon
                                                                          Senior United States District Judge