IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CATHERINE WHITE,<br><br>              **Plaintiff,**<br><br>   vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY SI,<br><br>              **Defendant.** | 8:21CV166<br><br>**ORDER** |

This matter is before the Court following a planning conference held with counsel for the parties on May 23, 2022, during which counsel jointly notified the undersigned magistrate judge that they have settled their claims. Accordingly,

**IT IS ORDERED:**

1. On or before **June 24, 2022**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 23rd day of May, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge