IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CATHERINE WHITE,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY SI,<br><br>Defendant. | 8:21CV166<br><br>ORDER FOR DISMISSAL |

This case is before the Court on the parties' Stipulation For Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Filing 40. The Stipulation is signed for counsel for both parties and requests dismissal with prejudice and with each party to bear its own costs, expenses, and attorneys' fees. Although such a Stipulation does not require a court order, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), pursuant to the parties' Stipulation, this case is dismissed with prejudice with each party to bear its own costs, expenses, and attorneys' fees.

Dated this 29th day of June, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge